IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHASITYE BRINSON                                                                                     PLAINTIFF

v.                                                                CIVIL ACTION NO.: 3:24-cv-434-KHJ-MTP

FABBEN SPECIALIZED TRANSPORTATION, LLC, *et al.*                        DEFENDANTS

### AMENDED CASE MANAGEMENT ORDER

THIS MATTER is before the Court on Plaintiff Chasitye Brinson's Motion to Extend Scheduling Order Deadlines [18]. On December 2, 2024, the Court entered a Case Management Order [17] setting, *inter alia*, Plaintiff's expert designation deadline for March 14, 2025, Defendants' expert designation deadline for April 15, 2025, and the discovery deadline for June 16, 2025. Plaintiff now requests a sixty-day extension of all case deadlines, including the jury trial set for a two-week term beginning December 1, 2025. In support, she says that she is "actively treating for injuries relevant to [her] claim before this Court[]" and that her "current treatment will conclude in the month of April, 2025." [18] at 1. Defendants do not oppose the Motion [18]. For good cause shown, the Court extends the remaining case deadlines, including the trial.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff Chasitye Brinson's Motion to Extend Scheduling Order Deadlines [18] is GRANTED;

2. Plaintiff's expert designation deadline is extended to May 15, 2025;

3. Defendants' expert designation deadline is extended to June 13, 2025;

4. The discovery deadline is extended to August 15, 2025;

5. The deadline for dispositive and *Daubert* motions is extended to August 29, 2025;

6. The parties' alternative dispute resolution report is due on January 2, 2026;

7. The pretrial conference is reset for January 9, 2026, before District Judge Kristi H. Johnson;

8. The jury trial is reset for a two-week term beginning February 2, 2026, before District Judge Kristi H. Johnson;

9. Any conflicts with the trial date must be submitted in writing to the District Judge on or before February 13, 2025; and

10. All other provisions and deadlines in the Case Management Order [17], including the April 22, 2025, settlement conference, remain in place.

SO ORDERED, this the 6th day of February, 2025.

                                          s/Michael T. Parker
                                          United States Magistrate Judge