IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHASITYE BRINSON**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　　　　　　**CIVIL ACTION NO.: 3:24-cv-434-KHJ-MTP**

**FABBEN SPECIALIZED TRANSPORTATION, LLC,** *et al.*　　　　**DEFENDANTS**

## SECOND AMENDED CASE MANAGEMENT ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Extend Case Management Order [29].  On February 6, 2025, the Court entered an Amended Case Management Order [19] setting, *inter alia*, Plaintiff's expert designation deadline for May 15, 2025, Defendants' expert designation deadline for June 13, 2025, and the discovery deadline for August 15, 2025.  Since then, the attorney handling Plaintiff's case has left the firm representing her.[1]  *See* [29] at 2.

On May 8, 2025, new counsel entered an appearance for Plaintiff and filed the instant Motion [29] requesting sixty-day extensions of the parties' expert designation deadlines and the discovery deadline.  The extension will allow new counsel to "familiarize himself with the factual and procedural history, and ensure that Plaintiff's interests are effectively represented moving forward[]" and will provide time for Plaintiff to obtain necessary medical records to designate her expert(s).  *Id*.

---

[1] However, the attorney, Caleb Courtney, has not moved to withdraw and remains as counsel of record and fully responsible for the handling of the case.

The Motion [29] is unopposed, and the Court finds good cause to extend these deadlines. Extending these deadlines, however, will also require a continuance of the trial.[2] For good cause shown, the Court finds that the pretrial conference and the trial should be reset.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Unopposed Motion to Extend Case Management Order [29] is GRANTED;

2. Plaintiff's expert designation deadline is extended to July 14, 2025;

3. Defendants' expert designation deadline is extended to August 12, 2025;

4. The discovery deadline is extended to October 14, 2025;

5. The deadline for filing dispositive and *Daubert* motions is extended to October 29, 2025;

6. The parties' alternative dispute resolution report is due on February 26, 2026;

7. The pretrial conference is reset for March 5, 2026, before District Judge Kristi H. Johnson;

8. The jury trial is reset for a two-week term beginning April 6, 2026, before District Judge Kristi H. Johnson;

9. Any conflicts with the trial date must be submitted in writing to the District Judge on or before May 19, 2025; and

10. The September 3, 2025, settlement conference and all other provisions and deadlines in the Case Management Order [17], as Amended [19], remain in place.

SO ORDERED, this the 12th day of May, 2025.

                                                                s/Michael T. Parker  
                                                                United States Magistrate Judge

---

[2] The Court conferred with the parties regarding a continuance of the trial date, and no party opposes a continuance.