**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**CHASITYE BRINSON**                                                                                  **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 3:24-cv-00434-KHJ-MTP**

**FABBEN SPECIALIZED TRANSPORTATION, LLC;
PENSKE TRUCK LEASING CO, LP;
AND JOHN DOES 1-5**                                       **DEFENDANTS**

**DEFENDANTS' UNOPPOSED MOTION TO
EXTEND CASE MANAGEMENT ORDER**

      COME NOW, Defendants, Fabben Specialized Transportation, LLC and Penske Truck Leasing Co., LP, by and through counsel, and hereby respectfully submit this motion to extend the deadlines in the above-captioned case. In support thereof, the Defendants provide the following:

1. This case consists of a motor vehicle accident that occurred on or about February 22, 2024, as referenced in the filed Complaint.

2. The current deadlines are as follows:

    a. Plaintiff's Expert Designation deadline is **July 14, 2025**;

    b. Defendant's Expert Designation deadline is **August 12, 2025**;

    c. Discovery Deadline is **October 14, 2025;**

    d. Deadline for dispositive and *Daubert* motions are **October 29, 2025**;

    e. Confidential Settlement Memoranda deadline is **August 27, 2025;**

    f. Settlement Conference is set for **September 3, 2025;**

    g. The parties' alternative dispute resolution report is due on **February 26, 2026;**

    h. The pretrial conference is reset for **March 5, 2026**, before District Judge Kristi H. Johnson;

    i. The jury trial is reset for a two-week term beginning **April 6, 2026,** before District Judge Kristi H. Johnson.

3. Caleb Courtney, former counsel of record for Plaintiff, was primarily responsible for handling this case, and is no longer employed with Maggio Law. Charles Caroll entered an appearance on May 8, 2025, and has assumed responsibility for the case going forward.

4. Due to the change in counsel, Charles Carroll has required additional time to review the file, familiarize himself with the factual and procedural history, and ensure that Plaintiff's interests are effectively represented moving forward.

5. Since that time, Plaintiff propounded discovery to Defendants on May 8, 2025, in which Defendant's response is currently due on June 7, 2025, and Plaintiff is currently in the process of procuring additional medical records and billing for Defendants.

6. Defendants have requested and received an extension to July 15, 2025, to respond to discovery.

7. In light of the above, it has become apparent that the parties need additional time to further complete discovery, designate experts, obtain additional medical records and billing, and conduct deposition of the parties.

8. Further, Plaintiff counsel and Defense counsel are actively working to resolve this case before proceeding with discovery, depositions, and experts.

9. In light of the above, Plaintiff respectfully requests that all deadlines, including the trial date, be extended by ninety (90) additional days.

10. The Parties have scheduled a Mediation with Keith Ball on October 17, 2025.

11. In view of the upcoming mediation, the parties respectfully request that the Court waive the requirement for the settlement conference currently scheduled for September 3, 2025, as set forth in the Second Amended Case Management Order [Doc. 30].

12. No party will suffer prejudice by extending the above deadlines.

13. This request is made in good faith, genuinely necessary under the circumstances, and not made to delay these proceedings.

14. This motion is unopposed.

15. Due to the straightforward nature of the subject motion, the Plaintiff respectfully requests that the Court waive the requirement of submitting a memorandum brief in support hereof.

**WHEREFORE**, for the reasons stated herein, Defendants, Fabben Specialized Transportation, LLC and Penske Truck Leasing Co., LP, respectfully request that all deadlines be extended by ninety (90) days, and to forego the requirement for the September 3, 2025, settlement conference, as mentioned above.

Respectfully submitted this the 11th day of JULY 2025.

                                              **FABBEN SPECIALIZED TRANSPORTATION, LLC AND PENSKE TRUCK LEASING CO, LP**, *DEFENDANTS*

                                              By: */s/ Nicole M. Harlan, MB#105412*
                                                  NICOLE M. HARLAN, MB #105412

Nicole M. Harlan (MSB# 105412)
CARR ALLISON
1319 26th Ave
Gulfport, MS 39501
Ph: (228) 864-1060
Fax: (228) 864-9160
Email: nharlan@carrallison.com

**CERTIFICATE OF SERVICE**

I, Nicole M. Harlan, attorney for Defendants, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing in the manner authorized under the Federal Rules of Civil Procedure, using the CM/ECF system, which sent notification to all counsel of record, including the following:

>COUNSEL FOR THE PLAINTIFF:
>Charles Carroll (MSB# 106790)
>Mike Saltaformaggio (MSB# 104000)
>'MAGGIO LAW
>1227 East Fortification Street
>Jackson, MS 39202
>Ph: (601) 300-3333
>Fax: (769) 257-7770
>charles@mtlawms.com
>mike@mtlawms.com
>
>Rafael R. Green (MSB# 104715)
>GREEN & ASSOCIATES, PLLC
>P.O. Box 22666
>Jackson, MS 39215
>Ph: (769) 208-8122
>Fax: (769) 235-6265
>rafael@greenlawfirm.com

This the 11TH day of JULY 2025.

>*/s/ Nicole M. Harlan, MB#105412*
>NICOLE M. HARLAN, MB #105412