IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHASITYE BRINSON**   **PLAINTIFF**

**v.**   **CIVIL ACTION NO.: 3:24-cv-434-KHJ-MTP**

**FABBEN SPECIALIZED TRANSPORTATION, LLC,** *et al.*   **DEFENDANTS**

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND CASE MANAGEMENT ORDER DEADLINES

THIS MATTER is before the Court on Defendants' Unopposed Motion to Extend Case Management Order [33], the third such request from the parties since February 6, 2025. Though the parties have been provided with eight months to conduct discovery thus far,[1] they say that they need more time to "complete discovery, designate experts, obtain medical records and billing, and conduct deposition[s] of the parties." [33] at 2. The parties request a ninety-day extension of all remaining case deadlines, including the trial, and they request that the September 3, 2025, settlement conference be canceled since they have a scheduled private mediation on October 17, 2025.

While the Motion [33] is unopposed, it does not demonstrate good cause sufficient to warrant the requested extensions. Indeed, the parties say that they are "actively working to resolve this case *before* proceeding with discovery, depositions, and experts." *Id*. (emphasis added). The record certainly reflects that sentiment. However, that the parties are actively working towards a settlement and hope to achieve the same does not constitute good cause. *Rivera v. Cnty. of Willacy*, 2007 WL 1655303, at *1 (S.D. Tex. June 6, 2007). This case, like all

---

[1] The Court entered the first Case Management Order in this matter on December 2, 2024. *See* Order [17].

1

others, must be prepared for trial in the event the parties do not reach a settlement. Therefore, the Court declines to grant the extensions as requested.

Nevertheless, because the parties have scheduled private mediation in October, the Court grants the request to cancel the September 3, 2025, settlement conference. Additionally, the Court extends the parties' respective expert designation deadlines by thirty days. All other relief demanded in the Motion [33] is denied.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Unopposed Motion to Extend Case Management Order [33] is GRANTED in part and DENIED in part;

2. Plaintiff's expert designation deadline is extended to August 14, 2025;

3. Defendants' expert designation deadline is extended to September 12, 2025;

4. The September 3, 2025, settlement conference is hereby canceled;

5. The parties are required to complete private mediation on or before October 17, 2025;

6. All other provisions and deadlines in the Case Management Order [17], as Amended [30], remain in place; and

7. If the parties desire, they are encouraged to schedule a status conference with the undersigned to address any scheduling concerns.

SO ORDERED, this the 14th day of July, 2025.

s/Michael T. Parker
United States Magistrate Judge
